# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| EYEMARDE LAWLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 12-1299 |
| | ) |
| PEORIA SCHOOL DISTRICT NO. 150, an | ) |
| Illinois Local Governmental Entity, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On April 9, 2013, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge. Suffice it to say that Plaintiff has brought this litigation alleging that Defendant has violated the Rehabilitation Act, 29 U.S.C. § 791 et seq.. Defendant moved to dismiss Paragraph 27 of the Complaint, arguing that Plaintiff lacks standing and has otherwise failed to state a claim. The Court concurs with the Magistrate Judge's detailed discussion and recommendation.

Accordingly, the Court now adopts the Report & Recommendation [24] of the Magistrate Judge in its entirety. Defendant's Partial Motion to Dismiss [19] is GRANTED. Paragraph 27 of the Amended Complaint is DISMISSED. This matter is again REFERRED to Magistrate Judge Cudmore for further proceedings.

ENTERED this 30th day of April, 2013.

s/ James E. Shadid
James E. Shadid
Chief United States District Judge